June 13, 2005PS 8
(8/88)

# United States District Court
## for
## Western District of Tennessee



FILED BY /MG D.C.

05 JUN 16 AM 11: 31

ROBERT I. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

U.S.A. vs. Angelina Granata                                Docket No. 05-20144-01-ML

### Petition for Action on Conditions of Pretrial Release

COMES NOW PRETRIAL SERVICES OFFICER Murray Fullner presenting an official report upon the conduct of defendant who was placed under pretrial release supervision by the Honorable Diane K. Vescovo sitting in the court at Memphis, Tennessee, on the 16th day of May, 2005, under the following conditions:

1) Report as directed by the Pretrial Services Office, 2) Restricted in residence and travel to the Western District of Tennessee, 3) Refrain from any unlawful use or possession of a controlled substance, 4) Submit to substance abuse testing as required by Pretrial Services, 5) Participate in a program of substance abuse education, testing or treatment if deemed advisable by Pretrial Services, 6) Participate in electronic monitoring program as directed by Pretrial Services, and 7) Placed in the custody of her mother, Maxine Granata, who agrees to a) supervise the defendant in accordance with all conditions of release, b) to use every effort to assure the appearance of the defendant, and c) to notify the court immediately if the defendant violates any condition of release.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Angelina Granata has violated the standard condition, "The defendant shall not commit any offense in violation of federal, state or local law while on release in this case," and the special condition, "Refrain from any unlawful use or possession of a controlled substance," as follows. On June 11, 2005, Angelina Granata was arrested by the Memphis Police Department for Possession of Methamphetamine. According to the affidavit of complaint, a search of Angelina Granata's residence of 3450 Hardin revealed a container on the defendant's dresser that contained .2 grams of methamphetamine. Bond is set at $100 and the matter is currently set for July 11, 2005, in Shelby County General Sessions Court.

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant so that Angelina Granata may appear and show cause as to why her pretrial release should not be revoked.

Bond Recommended: NONE

ORDER OF COURT

Considered and ordered this  15th
day of  June , 2005, and ordered filed
and made a part of the records in the above case.

_Diane K. Vescovo_
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 13, 2005

_Murray Fullner_
Supervisory U.S. Pretrial Services Officer

Place     Memphis, Tennessee

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  6-16-05

(18)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CR-20144 was distributed by fax, mail, or direct printing on June 16, 2005 to the parties listed.

---

L. Daniel Johnson
JOHNSON COCKE & BRANDON
254 Court Ave.
Ste. 300
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT