IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal No. 05-20144 M1 |
| ANGELINA GRANATA | ) | (60-Day Continuance) |
| Defendant(s). | ) | |

CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the July 2005, criminal rotation calendar, but is now RESET for report at 9:00 a.m. on Friday, August 26, 2005, with trial to take place on the September, 2005, rotation calendar with the time excluded under the Speedy Trial Act through September 16, 2005. Agreed in open court at report date this 24th day of June, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-27-05

SO ORDERED this 24th day of June, 2005.

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

_____
David C. Henry
Assistant United States Attorney

_____
L. DANIEL JOHNSON

_____

_____
Counsel for Defendant(s)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:05-CR-20144 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

---

L. Daniel Johnson
JOHNSON COCKE & BRANDON
254 Court Ave.
Ste. 300
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT