IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 NOV 16 AM 10: 24

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF MEMPHIS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | )<br>)<br>) |  |
| VS. | )<br>) | CR. NO. 05-20144-Ml |
| ANGELINA GRANATA<br>Defendant. | )<br>)<br>)<br>) |  |

**ORDER ON CHANGE OF PLEA**

This cause came on to be heard on November 14, 2005, the United States Attorney for this district, David Henry, appearing for the Government and the defendant, Angelina Granata, appearing in person and with counsel, L. Daniel Johnson, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **FRIDAY, FEBRUARY 10, 2006, at 9:00 a.m., before Judge Jon Phipps McCalla.**

Defendant is remanded to the custody of the U. S. Marshal.

**ENTERED** this the 15 day of November, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-16-05

38

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:05-CR-20144 was distributed by fax, mail, or direct printing on November 16, 2005 to the parties listed.

---

L. Daniel Johnson
LAW OFFICE OF L. DANIEL JOHNSON
254 Court Ave.
Ste. 300
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT